COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-24-00385-CV |
| O.E.E AND C.E.E, | § | Appeal from the |
| CHILDREN. | § | 288th Judicial District Court |
| | § | of Bexar County, Texas |
| | § | (TC# 2015CI20392 |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed.[1] *See* Tex. R. App. P. 42.3.

On October 31, 2024, the Clerk of this Court sent Appellant a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused from doing so by statute or appellate rules). The letter notified Appellant that this appeal would be subject to dismissal on or after 20 days of the date of the notice if Appellant failed to pay or failed to show an excuse from paying the required fee. *See* Tex. R. App. P. 42.3 (c)

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

(authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, which is more than 20 days after the date of the notice, Appellant has not paid the filing fee or otherwise shown she is excused from paying the required fee. All pending motions are denied as moot. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 43.3(c).


LISA J. SOTO, Justice


November 25, 2024

Before Alley, C.J., Palafox and Soto, JJ.